MICHAEL A. ISAACS (SBN 99782)
Michael.Isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: 415.267.4000
Facsimile: 415.267.4198

Attorneys for
JANINA M. HOSKINS,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

LEAP TRANSIT, INC.,

Debtor.

Case No. 15-30911 DM
Chapter 7
Hon. Dennis Montali

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**
**(West Auctions, Inc.)**

Janina M. Hoskins, Trustee in Bankruptcy of the estate of the above Debtor, respectfully represents:

1. By this application, the Trustee seeks authority to employ West Auctions, Inc. ("West Auctions"), to assist her in the sale of two buses described by the Debtor in its Schedule B as "NABI Transit Buses" with an estimated value of $15,000 (the "Buses").

2. The Trustee believes that West Auctions is well-qualified to sell the Buses.

3. West Auctions has agreed that the Buses are to remain at their current location. West Auctions further agrees to market and sell the Buses on the Trustee's behalf for payment of a commission of 12 percent of the sale price, exclusive of sales tax, plus reasonable expenses not to exceed $2,800, which includes past-due storage fees.

4. West Auctions is well known to the Trustee and will assist the Trustee in carrying out her duties. West Auctions is a bonded auctioneer and has a bond posted at the Court, a copy of which is attached to the declaration of proposed auctioneer filed concurrently with this

1

Application.

5. Upon requesting an order approving the sale, the Trustee will request that she be authorized to pay West Auctions directly from the sale proceeds and that the net thereafter be remitted to the Trustee, together with a full accounting.

6. Based on the declaration of proposed auctioneer filed concurrently with this Application, West Auctions does not have connections of any kind or nature with the Debtor, creditors, United States Trustee, persons employed in the Office of the United States Trustee, or any other party in interest, their respective attorneys and accountants in the above-captioned bankruptcy case.

7. Based on the declaration of proposed auctioneer filed concurrently with this Application, the Trustee believes that West Auctions holds no interest adverse to the estate and is qualified to assist the Trustee.

WHEREFORE, the Trustee requests that the Court enter an order authorizing her to employ West Auctions, Inc., to sell the estate's interest in the Buses.

DATED: September 3, 2015

By: /s/Janina M. Hoskins
JANINA M. HOSKINS,
Trustee in Bankruptcy

DATED: September 3, 2015      DENTONS US LLP

By: /s/Michael A. Isaacs, Esq., CSBN 99782
MICHAEL A. ISAACS
Attorneys for JANINA M. HOSKINS,
Trustee in Bankruptcy

USW 805264531.1