MICHAEL A. ISAACS (SBN 99782)
Michael.Isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:    415.267.4198

Attorneys for
JANINA M. HOSKINS,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>LEAP TRANSIT, INC.,<br><br>Debtor. | Case No. 15-30911 DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**DECLARATION OF AUCTIONEER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**<br>**(West Auctions, Inc.)** |

I, Dennis B. West, state:

1.   I am a professional appraiser and auctioneer, bonded in the State of California and am currently a principal of West Auctions, Inc. I am experienced in performing inventories, appraisals, and sales on behalf of bankruptcy trustees. My business address is 427 Cleveland Street, Woodland, California 95695.

2.   To the best of my knowledge, neither I nor West Auctions has a connection of any kind or nature with the Debtor, creditors, United States Trustee, persons employed in the Office of the United States Trustee, or any other party in interest, their respective attorneys and accountants in the above-captioned bankruptcy case which would preclude our employment or make me or West Auctions other than a disinterested party within the meaning of Bankruptcy Code Section 327. To the best of my knowledge, neither I nor West Auctions, Inc., holds or represents an interest adverse to the estate.

3. Attached hereto is a copy of West Auctions, Inc.'s bond.

4. West Auctions, Inc., is willing to perform said services on an administrative claim basis at its usual and customary rate of twelve percent (12%) of the gross sales price, plus reasonable expenses not to exceed $2,800. I understand that our compensation is subject to Bankruptcy Court approval in connection with a sale.

5. I have read the foregoing application of the Trustee to employ me and my firm and I agree to and approve all of the terms and conditions thereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that I have personal first-hand knowledge thereto, that if called as a witness I could and would testify competently thereto and that this declaration is executed on September 3, 2015, in Woodland, California.

/s/Dennis B. West
DENNIS B. WEST

SCHEDULE "A"

This schedule "A" is attached to and made part of Auctioneer Blanket Bond 016032296 dated the 1st day of SEPTEMBER, 2004 and filed with the U. S. Bankruptcy Court for the NORTHERN AND EASTERN DISTRICT OF CALIFORNIA and with the U. S. Trustee for Region 17.

PRINCIPAL                                      LIMIT OF COVERAGE

WEST AUCTIONS, INC.                            $250,000.00

The attached bond shall be subject to all its agreements, limitations and conditions except as herein expressly amended and further that the liability of the surety under the attached bond with this amended schedule shall not be cumulative.

SIGNED AND SEALED THIS 2ND DAY OF SEPTEMBER, 2013.

THIS BOND IS EFFECTIVE THE 1ST DAY of SEPTEMBER, 2014, AND EXPIRES ON THE 1ST DAY OF SEPTEMBER, 2015.

LIBERTY MUTUAL INSURANCE COMPANY

BY: _____
DAVID C. JOSEPH, ATTORNEY-IN-FACT