1  MICHAEL A. ISAACS (SBN 99782)
   Michael.Isaacs@dentons.com
2  DENTONS US LLP
   One Market Plaza,
3  Spear Tower, 24th Floor
   San Francisco, CA 94105
4  Tel:   415.267.4000
   Fax:   415.267.4198
5
   Attorneys for
6  JANINA M. HOSKINS,
   Trustee in Bankruptcy

Signed and Filed: September 8, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

LEAP TRANSIT, INC.,

Debtor.

Case No. 15-30911 DM
Chapter 7
Hon. Dennis Montali

**ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**
**(West Auctions, Inc.)**

Based on the Application for Order Authorizing Employment of Auctioneer ("Application") of Janina M. Hoskins, Trustee in Bankruptcy of the estate of the above-named Debtor, and good cause appearing, it is

ORDERED as follows:

1. The Application is approved.

2. The Trustee is authorized to employ West Auctions, Inc., as her auctioneer in the above case for the purpose of marketing and selling the estate's interest in two buses.

3. The Trustee shall provide notice to creditors of her intent to pay West Auctions, Inc., compensation in the form of a 12 percent commission calculated on the price of the two buses, exclusive of sales tax, plus reasonable expenses not to exceed $2,800.

4. **The auctioneer shall not charge a buyers' premium.**

** END OF ORDER **