UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: LEAP TRANSIT, INC. § Case No. 15-30911-MD
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,578.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $81,333.99    Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $48,733.68

3) Total gross receipts of $ 130,067.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $130,067.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,292.05 | 48,733.68 | 48,733.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 38,422.00 | 25,450.00 | 30,282.39 | 30,282.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,452.00 | 1,439,848.17 | 1,439,848.17 | 51,051.60 |
| **TOTAL DISBURSEMENTS** | $97,874.00 | $1,514,590.22 | $1,518,864.24 | $130,067.67 |

    4) This case was originally filed under Chapter 7 on July 15, 2015. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2017    By: /s/Janina M. Hoskins
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds on account | 1129-000 | 72,359.52 |
| Security deposit-San Francisco Duffy Pinehill R | 1129-000 | 9,938.15 |
| Accounts receivable. Receivable from sale of 3 b | 1129-000 | 28,155.00 |
| NABI Transit Buses and accessories. buses is est | 1129-000 | 19,615.00 |
| **TOTAL GROSS RECEIPTS** | | **$130,067.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janina M. Hoskins | 2100-000 | N/A | 9,753.38 | 9,753.38 | 9,753.38 |
| Janina M. Hoskins | 2200-000 | N/A | 9.81 | 9.81 | 9.81 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Franchise Tax Board | 2820-000 | N/A | | 800.00 | 800.00 | 800.00 |
| Dentons | 3210-000 | N/A | | 13,147.00 | 13,147.00 | 13,147.00 |
| Dentons US LLP | 3220-000 | N/A | | 67.48 | 67.48 | 67.48 |
| BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | | 18,151.50 | 18,151.50 | 18,151.50 |
| BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | | 48.50 | 48.50 | 48.50 |
| West Auction | 3610-000 | N/A | | 2,353.80 | 2,353.80 | 2,353.80 |
| West Auctions | 3620-000 | N/A | | 1,596.87 | 1,038.50 | 1,038.50 |
| West Auction | 3620-000 | N/A | | 1,097.50 | 1,097.50 | 1,097.50 |
| West Auctions | 3620-000 | N/A | | 664.00 | 664.00 | 664.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 54.28 | 54.28 | 54.28 |
| Rabobank, N.A. | 2600-000 | N/A | | 137.68 | 137.68 | 137.68 |
| Rabobank, N.A. | 2600-000 | N/A | | 169.26 | 169.26 | 169.26 |
| Rabobank, N.A. | 2600-000 | N/A | | 161.20 | 161.20 | 161.20 |
| Rabobank, N.A. | 2600-000 | N/A | | 173.02 | 173.02 | 173.02 |
| Rabobank, N.A. | 2600-000 | N/A | | 196.63 | 196.63 | 196.63 |
| Rabobank, N.A. | 2600-000 | N/A | | 172.03 | 172.03 | 172.03 |
| Rabobank, N.A. | 2600-000 | N/A | | 171.72 | 171.72 | 171.72 |
| Rabobank, N.A. | 2600-000 | N/A | | 195.17 | 195.17 | 195.17 |
| Rabobank, N.A. | 2600-000 | N/A | | 171.22 | 171.22 | 171.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $49,292.05 | $48,733.68 | $48,733.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | 5300-000 | N/A | N/A | 1,646.70 | 1,646.70 |
| | Financial Agent | 5300-000 | N/A | N/A | 6,237.50 | 6,237.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6F) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | 5300-000 | N/A | N/A | 224.56 | 224.56 |
| | Financial Agent | 5300-000 | N/A | N/A | 361.78 | 361.78 |
| | Financial Agent | 5300-000 | N/A | N/A | 1,546.90 | 1,546.90 |
| | Financial Agent | 5800-000 | N/A | N/A | 363.11 | 363.11 |
| | Financial Agent | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| | Financial Agent | 5800-000 | N/A | N/A | 361.78 | 361.78 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| | Financial Agent | 5800-000 | N/A | N/A | 336.00 | 336.00 |
| | Financial Agent | 5800-000 | N/A | N/A | 1,546.90 | 1,546.90 |
| | Financial Agent | 5800-000 | N/A | N/A | 1,552.60 | 1,552.60 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 14.00 | 14.00 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 658.00 | 658.00 |
| 8 -1 | Internal Revenue Service | 5800-000 | N/A | 500.00 | 500.00 | 500.00 |
| 11 -1 | Jeffrey D. Chu | 5300-000 | N/A | 12,475.00 | 7,466.28 | 7,466.28 |
| 13 -1 | Bankruptcy Estate of Kyle Kirchhoff | 5300-000 | 8,618.00 | 12,475.00 | 7,466.28 | 7,466.28 |
| NOTFILED-1 | Daniel Victor | 5200-000 | 1,953.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Richard Worsfold | 5200-000 | 5,681.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | (blank name) | 5200-000 | 5,681.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Cody Cushing | 5200-000 | 6,665.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Etienne Khoury | 5200-000 | 9,824.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Franchise Tax Board State of California | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Employment Development Dept. | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Board of Equalization | 5200-000 | unknown | N/A | N/A | 0.00 |
| | Financial Agent | 5800-000 | N/A | 336.00 | 336.00 | 336.00 |
| | Financial Agent | 5800-000 | N/A | -336.00 | -336.00 | -336.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $38,422.00 | $25,450.00 | $30,282.39 | $30,282.39 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | 7100-000 | N/A | N/A | 1,652.76 | 1,652.76 |
| | Financial Agent | 7100-000 | N/A | N/A | 1,552.60 | 1,552.60 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim # | Claimant | Code | Amount Filed | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Financial Agent | 7100-000 | N/A | N/A | 363.11 | 363.11 |
| | Employment Development Dept. | 7100-000 | N/A | N/A | 225.38 | 225.38 |
| | Financial Agent | 7100-000 | N/A | N/A | 6,260.47 | 6,260.47 |
| 1 -1 | Silicon Legal Strategy | 7100-000 | 4,551.00 | 4,551.50 | 4,551.50 | 1,355.14 |
| 2 -1 | Draper Associates Investments, LLC | 7400-000 | unknown | 199,999.99 | 199,999.99 | 0.00 |
| 3 -1 | AngelList Leap Fund, LLC | 7400-000 | unknown | 218,499.88 | 218,499.88 | 0.00 |
| 4 -1 | Cooley, LLP | 7100-000 | unknown | 72,544.64 | 72,544.64 | 21,599.11 |
| 5P-1 | Transmetro, Inc | 7100-000 | N/A | 7,736.25 | 7,736.25 | 2,303.36 |
| 6 -1 | Algentis | 7100-000 | N/A | 2,526.11 | 2,526.11 | 752.11 |
| 7 -1 | LGV, LP | 7400-000 | unknown | 200,000.00 | 200,000.00 | 0.00 |
| 9 -1 | Andreessen Horowitz Fund III, LP | 7400-000 | unknown | 599,999.65 | 599,999.65 | 0.00 |
| 10 -1 | Jack Chu | 7400-000 | unknown | 108,196.16 | 108,196.16 | 0.00 |
| 100 -1 | U. S. Bankruptcy Court | 7100-000 | N/A | 752.11 | 752.11 | 0.00 |
| CHU-UNSE-1 | Jeffrey D. Chu | 7100-000 | unknown | 25,041.88 | 14,987.56 | 14,987.56 |
| NOTFILED-1 | Edward Duffy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Index Venture Management SA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Dane Peterson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Andrew Houston Revocable Trust | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Bryan Cave LLP | 7100-000 | 21,901.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Franchise Tax Board State of California | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Index Ventures VI, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | 1729 LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Blake G. Masters Thiel Capital LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | John Barnidge | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | SV Angel IV, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Yucca - Jersey - SLP Ogier House, The Esplanade | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Wendy J. Brenner Cooley LLP | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Scott Bannister | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Marc. R. Benioff Revocable Trust Ekahi Aloha LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Matthew Miller Carroll, Burdick & McDonough LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Kelly's Truck Repair | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Keith Avila | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Jack Chu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Board of Equalization | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 Cody Cushing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Employment Development Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Daniel Victor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 (blank name) | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Richard Worsfold | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,452.00 | $1,439,848.17 | $1,439,848.17 | $51,051.60 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-30911-MD  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** LEAP TRANSIT, INC.  **Filed (f) or Converted (c):** 07/15/15 (f)
  **§341(a) Meeting Date:** 08/19/15
**Period Ending:** 03/22/17  **Claims Bar Date:** 11/08/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Funds on account<br>   Imported from original petition Doc# 1 | 75,000.00 | 75,000.00 | | 72,359.52 | FA |
| 2 Security deposit - Seattle e companies, landlord<br>   Imported from original petition Doc# 1 (See Footnote) | 1,578.00 | 1,578.00 | | 0.00 | FA |
| 3 Security deposit-San Francisco Duffy Pinehill R<br>   Imported from original petition Doc# 1 | 10,400.00 | 10,400.00 | | 9,938.15 | FA |
| 4 Accounts receivable. Receivable from sale of 3 b<br>   Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 28,155.00 | FA |
| 5 All intellectual property - including url Give p<br>   Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6 NABI Transit Buses and accessories. buses is est<br>   Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | | 19,615.00 | FA |
| 6 Assets Totals (Excluding unknown values) | **$126,978.00** | **$126,978.00** | | **$130,067.67** | **$0.00** |

RE PROP# 2   subject to set off - lease rejected

**Major Activities Affecting Case Closing:**

  7/15/15-jmh case review, UCC search, email to counsel for Debtor, emails to accountant and atty re case assignment
  10/8/15- confirm auction results re 2 buses
  10/21/15- Review and approve auction report and expenses
  11/12/15- import and review claims, advise counsel re objection
  12/23/15- year end case review
  2/8/6- case follow up, revise and review claims, email to counsel re case status
  3/8/16 email re claim objection and wage claim calculations re closing
  4/27/16- EFTPS registration, run draft claims distribution re wage claim analysis
  4/15/16: wage claims, final taxes and close

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016  **Current Projected Date Of Final Report (TFR):**   May 11, 2016 (Actual)

_____   /s/ Janina M. Hoskins
March 22, 2017   _____
Date   Janina M. Hoskins

Case: 15-30911   Doc# 38   Filed: 04/04/17   Entered: 04/04/17 10:38:47   Page 8 of 14

Printed: 03/22/2017 10:56 AM   V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-30911-MD  
**Case Name:** LEAP TRANSIT, INC.  

**Taxpayer ID #:** **-***9173  
**Period Ending:** 03/22/17  

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | {4} | Ken Porter Auctions | 6/20/15 pre petition auction proceeds- AR | 1129-000 | 2,430.00 | | 2,430.00 |
| 07/31/15 | {3} | Edward and Margaret Duffy Rental Account | 19 Tehama refund re security deposit | 1129-000 | 9,938.15 | | 12,368.15 |
| 07/31/15 | {4} | First Capitol Auctions Inc | 6/15 pre petition auction proceeds- AR | 1129-000 | 25,725.00 | | 38,093.15 |
| 07/31/15 | {1} | Leap transit | bank account turnover | 1129-000 | 72,359.52 | | 110,452.67 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.68 | 110,314.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.26 | 110,145.73 |
| 10/23/15 | | West Auctions | Net sale proceeds- 2 buses | | 14,461.20 | | 124,606.93 |
| | {6} | | Gross sales proceeds- 2 buses    19,615.00 | 1129-000 | | | 124,606.93 |
| | | West Auctions | Marketing/Advertising    -664.00 | 3620-000 | | | 124,606.93 |
| | | West Auctions | Auction set up, inspection, security ($558.37 deduction per limit in Court Order)    -1,038.50 | 3620-000 | | | 124,606.93 |
| | | West Auction | Storage fees and title transfer fees    -1,097.50 | 3620-000 | | | 124,606.93 |
| | | West Auction | 12% auctoneer fee    -2,353.80 | 3610-000 | | | 124,606.93 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.20 | 124,445.73 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.02 | 124,272.71 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.63 | 124,076.08 |
| 01/14/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #15-30911, 2016 Bond premium | 2300-000 | | 54.28 | 124,021.80 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.03 | 123,849.77 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.72 | 123,678.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.17 | 123,482.88 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.22 | 123,311.66 |
| 08/08/16 | 102 | Janina M. Hoskins | Dividend paid 100.00% on $9,753.38, Trustee Compensation; Reference: | 2100-000 | | 9,753.38 | 113,558.28 |
| 08/08/16 | 103 | Janina M. Hoskins | Dividend paid 100.00% on $9.81, Trustee Expenses; Reference: | 2200-000 | | 9.81 | 113,548.47 |
| 08/08/16 | 104 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $18,151.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 18,151.50 | 95,396.97 |
| 08/08/16 | 105 | Dentons | Dividend paid 100.00% on $13,147.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 13,147.00 | 82,249.97 |

Subtotals: $124,913.87    $42,663.90

{} Asset reference(s)

Case: 15-30911    Doc# 38    Filed: 04/04/17    Entered: 04/04/17 10:38:47    Page 9 of 14

Printed: 03/22/2017 10:56 AM    V.13.28

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-30911-MD  
**Case Name:** LEAP TRANSIT, INC.  

**Taxpayer ID #:** **-***9173  
**Period Ending:** 03/22/17  

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/16 | 106 | Dentons US LLP | Dividend paid 100.00% on $67.48, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 67.48 | 82,182.49 |
| 08/08/16 | 107 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $48.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 48.50 | 82,133.99 |
| 08/08/16 | 108 | Franchise Tax Board | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 800.00 | 81,333.99 |
| 08/08/16 | 109 | Financial Agent | Dividend paid 100.00% on $6,237.50; Filed: $0.00 for Income Tax  Voided on 08/11/16 | 5300-000 | | 6,237.50 | 75,096.49 |
| 08/08/16 | 110 | Financial Agent | Dividend paid 100.00% on $361.78; Filed: $0.00 for Medicare  Voided on 08/11/16 | 5300-000 | | 361.78 | 74,734.71 |
| 08/08/16 | 111 | Financial Agent | Dividend paid 100.00% on $1,546.90; Filed: $0.00 for OASDI  Voided on 08/11/16 | 5300-000 | | 1,546.90 | 73,187.81 |
| 08/08/16 | 112 | Employment Development Dept. | Dividend paid 100.00% on $1,646.70; Filed: $0.00 for CA Income Tax | 5300-000 | | 1,646.70 | 71,541.11 |
| 08/08/16 | 113 | Employment Development Dept. | Dividend paid 100.00% on $224.56; Filed: $0.00 for SDI | 5300-000 | | 224.56 | 71,316.55 |
| 08/08/16 | 114 | Jeffrey D. Chu | Distribution paid on allowed claim per Trustee's Final Account and Report: 100.00% on $7,466.28; Claim# 11 -1; Filed: $12,475.00; Reference: | 5300-000 | | 7,466.28 | 63,850.27 |
| 08/08/16 | 115 | Bankruptcy Estate of Kyle Kirchhoff | Distribution paid on allowed claim per Trustee's Final Account and Report: 100.00% on $7,466.28; Claim# 13 -1; Filed: $12,475.00; Reference: | 5300-000 | | 7,466.28 | 56,383.99 |
| 08/08/16 | 116 | Financial Agent | Dividend paid 100.00% on $336.00; Filed: $0.00 for FUTA  Voided on 08/11/16 | 5800-000 | | 336.00 | 56,047.99 |
| 08/08/16 | 117 | Financial Agent | Dividend paid 100.00% on $361.78; Filed: $0.00 for Medicare  Voided on 08/11/16 | 5800-000 | | 361.78 | 55,686.21 |
| 08/08/16 | 118 | Financial Agent | Dividend paid 100.00% on $1,546.90; Filed: $0.00 for oasdi  Voided on 08/11/16 | 5800-000 | | 1,546.90 | 54,139.31 |
| 08/08/16 | 119 | EMPLOYMENT DEVELOPMENT DEPT | Dividend paid 100.00% on $658.00; Filed: $0.00 for CA SUTA | 5800-000 | | 658.00 | 53,481.31 |

Subtotals: $0.00 $28,768.66

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-30911-MD  
**Case Name:** LEAP TRANSIT, INC.

**Taxpayer ID #:** **-***9173  
**Period Ending:** 03/22/17

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/16 | 120 | EMPLOYMENT DEVELOPMENT DEPT | Dividend paid 100.00% on $14.00; Filed: $0.00 for ETT | 5800-000 | | 14.00 | 53,467.31 |
| 08/08/16 | 121 | Internal Revenue Service | Distribution paid on allowed claim per Trustee's Final Account and Report: 100.00% on $500.00; Claim# 8 -1; Filed: $500.00; Reference: | 5800-000 | | 500.00 | 52,967.31 |
| 08/08/16 | 122 | Financial Agent | Dividend paid 100.00% on $6,260.47; Filed: $0.00 for Income Tax<br>Voided on 08/11/16 | 7100-000 | | 6,260.47 | 46,706.84 |
| 08/08/16 | 123 | Financial Agent | Dividend paid 100.00% on $363.11; Filed: $0.00 for Medicare<br>Voided on 08/11/16 | 7100-000 | | 363.11 | 46,343.73 |
| 08/08/16 | 124 | Financial Agent | Dividend paid 100.00% on $1,552.60; Filed: $0.00 for OASDI<br>Voided on 08/11/16 | 7100-000 | | 1,552.60 | 44,791.13 |
| 08/08/16 | 125 | Financial Agent | Dividend paid 100.00% on $363.11; Filed: $0.00 for Medicare<br>Voided on 08/11/16 | 5800-000 | | 363.11 | 44,428.02 |
| 08/08/16 | 126 | Financial Agent | Dividend paid 100.00% on $1,552.60; Filed: $0.00 for oasdi<br>Voided on 08/11/16 | 5800-000 | | 1,552.60 | 42,875.42 |
| 08/08/16 | 127 | Employment Development Dept. | Dividend paid 100.00% on $1,652.76; Filed: $0.00 for CA Income Tax | 7100-000 | | 1,652.76 | 41,222.66 |
| 08/08/16 | 128 | Employment Development Dept. | Dividend paid 100.00% on $225.38; Filed: $0.00 for SDI | 7100-000 | | 225.38 | 40,997.28 |
| 08/08/16 | 129 | Jeffrey D. Chu | Distribution paid on allowed claim per Trustee's Final Account and Report: 100.00% on $14,987.56; Claim# CHU-UNSE-1; Filed: $25,041.88; Reference: | 7100-000 | | 14,987.56 | 26,009.72 |
| 08/08/16 | 130 | Silicon Legal Strategy | Distribution paid on allowed claim per Trustee's Final Account and Report: 29.77% on $4,551.50; Claim# 1 -1; Filed: $4,551.50; Reference: | 7100-000 | | 1,355.14 | 24,654.58 |
| 08/08/16 | 131 | Cooley, LLP | Distribution paid on allowed claim per Trustee's Final Account and Report: 29.77% on $72,544.64; Claim# 4 -1; Filed: $72,544.64; Reference: | 7100-000 | | 21,599.11 | 3,055.47 |
| 08/08/16 | 132 | Transmetro, Inc | Distribution paid on allowed claim per Trustee's Final Account and Report: 29.77% on | 7100-000 | | 2,303.36 | 752.11 |

Subtotals: $0.00  $52,729.20

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 15-30911-MD | **Trustee:** | Janina M. Hoskins (007880) |
| **Case Name:** LEAP TRANSIT, INC. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******3766 - Checking Account |
| **Taxpayer ID #:** **-***9173 | **Blanket Bond:** | $68,238,664.00 (per case limit) |
| **Period Ending:** 03/22/17 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/16 | 133 | Algentis | $7,736.25; Claim# 5P-1; Filed: $7,736.25; Reference:<br>Distribution paid on allowed claim per Trustee's Final Account and Report: 29.77% on $2,526.11; Claim# 6 -1; Filed: $2,526.11; Reference:<br>Stopped on 11/15/16 | 7100-000 | | 752.11 | 0.00 |
| 08/11/16 | 109 | Financial Agent | Dividend paid 100.00% on $6,237.50; Filed: $0.00 for Income Tax<br>Voided: check issued on 08/08/16 | 5300-000 | | -6,237.50 | 6,237.50 |
| 08/11/16 | 110 | Financial Agent | Dividend paid 100.00% on $361.78; Filed: $0.00 for Medicare<br>Voided: check issued on 08/08/16 | 5300-000 | | -361.78 | 6,599.28 |
| 08/11/16 | 111 | Financial Agent | Dividend paid 100.00% on $1,546.90; Filed: $0.00 for OASDI<br>Voided: check issued on 08/08/16 | 5300-000 | | -1,546.90 | 8,146.18 |
| 08/11/16 | 116 | Financial Agent | Dividend paid 100.00% on $336.00; Filed: $0.00 for FUTA<br>Voided: check issued on 08/08/16 | 5800-000 | | -336.00 | 8,482.18 |
| 08/11/16 | 117 | Financial Agent | Dividend paid 100.00% on $361.78; Filed: $0.00 for Medicare<br>Voided: check issued on 08/08/16 | 5800-000 | | -361.78 | 8,843.96 |
| 08/11/16 | 118 | Financial Agent | Dividend paid 100.00% on $1,546.90; Filed: $0.00 for oasdi<br>Voided: check issued on 08/08/16 | 5800-000 | | -1,546.90 | 10,390.86 |
| 08/11/16 | 122 | Financial Agent | Dividend paid 100.00% on $6,260.47; Filed: $0.00 for Income Tax<br>Voided: check issued on 08/08/16 | 7100-000 | | -6,260.47 | 16,651.33 |
| 08/11/16 | 123 | Financial Agent | Dividend paid 100.00% on $363.11; Filed: $0.00 for Medicare<br>Voided: check issued on 08/08/16 | 7100-000 | | -363.11 | 17,014.44 |
| 08/11/16 | 124 | Financial Agent | Dividend paid 100.00% on $1,552.60; Filed: $0.00 for OASDI<br>Voided: check issued on 08/08/16 | 7100-000 | | -1,552.60 | 18,567.04 |
| 08/11/16 | 125 | Financial Agent | Dividend paid 100.00% on $363.11; Filed: $0.00 for Medicare<br>Voided: check issued on 08/08/16 | 5800-000 | | -363.11 | 18,930.15 |
| 08/11/16 | 126 | Financial Agent | Dividend paid 100.00% on $1,552.60; Filed: $0.00 for oasdi | 5800-000 | | -1,552.60 | 20,482.75 |

Subtotals : $0.00 $-19,730.64

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-30911-MD  **Trustee:** Janina M. Hoskins (007880)
**Case Name:** LEAP TRANSIT, INC.  **Bank Name:** Rabobank, N.A.
  **Account:** ******3766 - Checking Account
**Taxpayer ID #:** **-***9173  **Blanket Bond:** $68,238,664.00 (per case limit)
**Period Ending:** 03/22/17  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 08/08/16 | | | | | |
| 08/12/16 | | Financial Agent | 941 employer taxes on wage claim | | | | 1,908.68 | 18,574.07 |
| | | | | 1,546.90 | 5800-000 | | | 18,574.07 |
| | | | | 361.78 | 5800-000 | | | 18,574.07 |
| 08/12/16 | | Financial Agent | 940 tax deposit - wage claims | | 5800-000 | | 336.00 | 18,238.07 |
| 08/12/16 | | FInancial Agent | Wage claim taxes- 941 | | | | 8,176.18 | 10,061.89 |
| | | | | 6,260.47 | 7100-000 | | | 10,061.89 |
| | | | wage claim taxes- 941 | 1,552.60 | 5800-000 | | | 10,061.89 |
| | | | | 363.11 | 5800-000 | | | 10,061.89 |
| 08/12/16 | | Financial Agent | Wage claim taxes- 941 | | | | 1,915.71 | 8,146.18 |
| | | | | 1,552.60 | 7100-000 | | | 8,146.18 |
| | | | | 363.11 | 7100-000 | | | 8,146.18 |
| 08/15/16 | | Financial Agent | 940 Employers Tax | | 5800-000 | | 336.00 | 7,810.18 |
| 08/16/16 | | Financial Agent | Reversed Deposit Rev. 10  940 Employers Tax | | 5800-000 | | -336.00 | 8,146.18 |
| 08/16/16 | | Financial Agent | wage claim taxes: 941 | | | | 8,146.18 | 0.00 |
| | | | taxes on wages | 1,546.90 | 5300-000 | | | 0.00 |
| | | | | 361.78 | 5300-000 | | | 0.00 |
| | | | taxes | 6,237.50 | 5300-000 | | | 0.00 |
| 11/15/16 | 133 | Algentis | Distribution paid on allowed claim per Trustee's Final Account and Report:  29.77% on $2,526.11; Claim# 6 -1; Filed: $2,526.11; Reference: Stopped: check issued on 08/08/16 | | 7100-000 | | -752.11 | 752.11 |
| 11/22/16 | 134 | Algentis | Payment on reissued check no. 133- distribution in full on claim no. 6 Stopped on 03/03/17 | | 7100-000 | | 752.11 | 0.00 |
| 03/03/17 | 134 | Algentis | Payment on reissued check no. 133- distribution in full on claim no. 6 Stopped: check issued on 11/22/16 | | 7100-000 | | -752.11 | 752.11 |
| 03/09/17 | 135 | U. S. Bankruptcy Court | Unpaid dividend re claim no.  6 | | 7100-000 | | 752.11 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 124,913.87 | 124,913.87 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 124,913.87 | 124,913.87 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $124,913.87 | $124,913.87 | |

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-30911-MD | | Trustee: | Janina M. Hoskins (007880) |
| --- | --- | --- | --- | --- |
| Case Name: | LEAP TRANSIT, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3766 - Checking Account |
| Taxpayer ID #: | **-***9173 | | Blanket Bond: | $68,238,664.00 (per case limit) |
| Period Ending: | 03/22/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******3766 | 124,913.87 | 124,913.87 | 0.00 |
| | $124,913.87 | $124,913.87 | $0.00 |

| March 22, 2017 | /s/ Janina M. Hoskins |
| --- | --- |
| Date | Janina M. Hoskins |

{} Asset reference(s)

Printed: 03/22/2017 10:56 AM  V.13.28